on the claims that it was negligent in failing to supervise, instruct or train plaintiff Michael C. Schillaci, its employee, and defendant and third-party plaintiff, Jackson Saw and Knife Company, Inc. (Jackson), failed to raise a triable issue of fact on those claims (*see generally, Zuckerman v City of New York,* 49 NY2d 557, 562). We therefore modify the order by granting the motion of third-party defendant for summary judgment dismissing the third-party complaint.

The court properly denied the motion of Jackson for a conditional order awarding it summary judgment on its cross claim seeking common-law indemnification from defendant Jet Equipment and Tools, Inc. Jackson is alleged to be liable to plaintiffs in negligence and strict products liability for selling a defective product and/or failing to warn of its dangerous or defective condition, of which Jackson's employees allegedly had actual knowledge at the time of sale. There are triable issues of fact concerning whether Jackson was actively at fault for the occurrence of the accident, thus precluding summary judgment (*see, Szymanski v Nabisco, Inc.,* 256 AD2d 1154, 1155). (Appeals from Order of Supreme Court, Monroe County, Bergin, J.—Summary Judgment.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

■■■ MARILYN C. SHUMAN et al., Respondents, v BARBARA A. BOWER, Appellant. [718 NYS2d 659] —Order unanimously affirmed with costs. Memorandum: Supreme Court did not abuse its discretion in denying defendant's motion for recusal. "Where, as here, there is no allegation that recusal is statutorily required (*see,* Judiciary Law § 14), the matter of recusal is addressed to the discretion and personal conscience of the Justice whose recusal is sought" (*Matter of Card v Siragusa,* 214 AD2d 1022, 1023). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Judiciary Law.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

■■■ In the Matter of RICHARD MURTAUGH et al., Appellants, v TOWN OF LYSANDER et al., Respondents. (Appeal No. 1.) [718 NYS2d 660] —Appeal unanimously dismissed without costs (*see,* CPLR 5701 [b] [1]). (Appeal from Order of Supreme Court, Onondaga County, McCarthy, J.—CPLR art 78.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

■■■ In the Matter of RICHARD MURTAUGH et al., Appellants, v TOWN OF LYSANDER et al., Respondents. (Appeal No. 2.) [718 NYS2d 660] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, McCarthy, J. (Appeal from Judgment of Supreme Court, Onondaga County,